**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Angela COLLIER, Defendant— Appellant.**

No. 07–6878.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 26, 2007.

Decided: Nov. 21, 2007.

Angela Collier, Appellant Pro Se. William Earl Day, II, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angela Collier appeals the district court's order denying her motion for modification of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Collier,* No. 4:06–cr–00213–RBH (D.S.C. May 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*